## No. 5974.

ANDREW J. DOWNEY VS. JOSEPH RAYMOND.

The plaintiff having contracted with the defendant to build a market-house and to furnish the labour and materials therefor, except certain specified parts of the latter which the defendant was to furnish, and the defendant having failed to furnish such special materials when they were needed, though thereto notified by the plaintiff, so that the plaintiff was necessitated to supply them; *held,* that he could recover the value of the materials thus furnished, and also damages for delay and hinderance to his work through the defendant's default.

APPEAL from the Sixth District Court of New Orleans.     SAUCIER, J.

*Louque* for Plaintiff Appellee.

DE BLANC delivered the opinion affirming the judgment.

## No. 7771.

FELIX GREEVES VS. EXECUTORS AND HEIRS OF BOULTÈ.

On a motion by the appellee to dismiss an appeal on the ground that some of the appellants had not authorized it, affidavits and counter affidavits filed in this court cannot be considered. The proper course is for those of the seeming appellants, who have not authorized the appeal, to move that their names be stricken or withdrawn from the appeal, but the appeal will stand as to the others.

APPEAL from the Fifth District Court of New Orleans.     ROGERS, J.

*Bartlette* for Plaintiff.     *Ellis & Ellis* for Defendants Appellants.

MARR, J., delivered the opinion, denying the motion.